MADSEN, Appellant, vs. HANSEN and others, Respondents.

For the appellant: *Weisman & Weisman* of Racine.
For the respondents: *Alfred E. La France* of Racine.

*By the Court.*—Judgment affirmed.

STEFFKE, Appellant, vs. REINEMANN, Executor, and others, Respondents.

For the appellant: *Genrich & Genrich*, attorneys, and *Herbert L. Terwilliger* and *James A. Fitzpatrick* of counsel, all of Wausau.

For the respondents: *Bassuener, Humke & Poole* of Sheboygan and *Barnard & Mullen* of Oshkosh.

*By the Court.*—Judgment affirmed.

HELDEMAN, Appellant, vs. WISCONSIN POWER & LIGHT COMPANY, Respondent.

For the appellant: *Quarles, Spence & Quarles* of Milwaukee, attorneys, and *Louis J. Fellenz* of Fond du Lac and *Jefferson Burrus* of Milwaukee of counsel.

For the respondent: *Schubring, Ryan, Petersen & Sutherland* of Madison, attorneys, and *T. L. Doyle* of Fond du Lac of counsel.

*By the Court.*—Judgment affirmed.